UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALISHA CLARK WALKER,

                 Plaintiff,

          -v-                    1:22-CV-560

RICHARD RIVERA *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                OF COUNSEL:

ALISHA CLARK WALKER
Plaintiff, Pro Se
757 Taborton Road
Sand Lake, NY 12153

DAVID N. HURD
United States District Judge

### ORDER ON REPORT & RECOMMENDATION

On May 26, 2022, *pro se* plaintiff Alisha Clark Walker ("plaintiff") filed

this action alleging that defendants violated her civil rights in connection

with a child custody dispute.  Dkt. No 1.  Along with her complaint, plaintiff

sought leave to proceed *in forma pauperis* ("IFP Application").  Dkt. No. 2.

On June 29, 2022, U.S. Magistrate Judge Thérèse Wiley Dancks granted

plaintiff's IFP Application for the purpose of an initial review and advised by

Report & Recommendation ("R&R") that plaintiff's complaint be dismissed

with leave to amend.  Dkt. No. 4.  Although Judge Dancks observed that plaintiff's claims—which are asserted against various participants in underlying state court child custody proceedings—were almost certainly barred by various jurisdictional or immunity principles, in light of plaintiff's *pro se* status Judge Dancks concluded that plaintiff should be given an opportunity to amend.  *Id.*

Plaintiff has not filed objections, and the time period in which to do so has expired.  *See* Dkt. No. 4.  Upon review for clear error, the R&R will be accepted and adopted in all respects.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation is ACCEPTED;

2.  Plaintiff's complaint is DISMISSED with leave to amend;

3.  Plaintiff shall have thirty days from the date of this Order in which to amend her pleading in accordance with the instructions set forth in Judge Dancks's Report & Recommendation and this Order; and

4.  If plaintiff does not file an amended complaint within this thirty-day period, the Clerk of the Court shall enter a judgment accordingly and close the file without further Order of this Court.

IT IS SO ORDERED.

Dated:  July 18, 2022
        Utica, New York.

David N. Hurd
U.S. District Judge